# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# ORANGEBURG DIVISION

| | |
|---|---|
| Morris Aiken, Rosland Baker, Wanda Bowman, Althea Brown, Fred Brown, Natalie Brown, Celia Davis, Latoya Echols, Jonathan Evans, Margaret Felder, Chantelle Fine, Sandy Franklin, Cynthia Green, Evelyn Haddock, Derrick Hampton, David Harley, Timothy Haywood, Christopher James, Sonya Jamison, Constance Johnson, Thomas Johnson, Kerry King, Roxanne LaLande, Angeline Lee, Emmanuel McDuffie, Harrie Mintz, Monica Morgan, Anthony Muir, Ora Murray, Gregory Paul, Eartha Powell, Martin Revander, Marvin Rhodan, Toni Robinson-Orr, Deleasera Rogers, Sonya Rogers, Nelson Satones, Mary Sellers, Ellen Smalls, John Stokes, Kendric Tyler, Rodney T. Tyler, Sr., Tonya Tyler, Tomeka West, Janet Williams, Melanie Williams, both individually and on behalf of all other similarly situated persons, <br><br>     Plaintiffs, <br><br>  v. <br><br>Orangeburg County, Calhoun County, and the Orangeburg-Calhoun Detention Center, <br><br>     Defendants. | C.A. No. 5:12-1362-JMC <br><br><br><br><br><br><br><br><br><br>**ORDER GRANTING CONSENT MOTION FOR PARTIAL DISMISSAL AND REMAND** |

  This matter is before the Court on parties' consent motion to dismiss Defendants Orangeburg County and Calhoun County and remand this action to the Court of Common Pleas for Orangeburg County from which it was removed. The grounds of this motion are that all parties agree that Defendants Orangeburg County and Calhoun County were not Plaintiffs' employers during the relevant period upon which this action is based; all parties involved reside in Orangeburg County;

federal and state courts have concurrent jurisdiction over actions brought under the Fair Labor Standards Act pursuant to 29 U.S.C. § 216(b), and all parties are in agreement that the interests of judicial economy and efficiency will be best served by the remanding of this case to state court.

For good cause shown, the joint motion is **GRANTED** and it is **ORDERED** that this action is hereby **DISMISSED WITH PREJUDICE** as to Defendants Orangeburg County and Calhoun County and remanded to the Court of Common Pleas for Orangeburg County.

United States District Judge

August 16, 2013
Greenville, South Carolina